UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN PHILLIP COLLINS,<br><br>          Plaintiff,<br><br>     v.<br><br>COUNTY OF MONTEREY, et al.,<br><br>          Defendants. | Case No.:  14-cv-02715-LHK<br><br>**CASE MANAGEMENT ORDER** |

Attorney for Plaintiff: H. Nelson Meeks
Attorney for Defendants County of Monterey, Weeks, McKee, Grant, Calcagno, and Potter: Mark Wasser
Attorney for Defendants MacLean and California-American Water Company: Robert Moore

     An initial case management conference was held on February 18, 2015.  A further case management conference is set for April 16, 2015 at 1:30 p.m.  The parties shall file their joint case management statement by April 9, 2015.

     The complaint was filed on June 11, 2014. As of February 18, 2015, Plaintiff has failed to serve Defendant California-American Water Company. At the case management conference, Plaintiff did not indicate any intention to serve Defendant California-American Water Company. Therefore, the Court granted Plaintiff's motion to dismiss with prejudice Defendant California-American Water Company, as Plaintiff failed to serve Defendant California-American Water Company within 120 days as required under Federal Rule of Civil Procedure 4(m).

     The Court granted Plaintiff's motion to dismiss with prejudice Plaintiff's fraud claims

1

Case No.: 14-cv-02715-LHK
CASE MANAGEMENT ORDER

against Defendants County of Monterey, Weeks, McKee, Grant, Calcagno, and Potter.

By March 4, 2015, Plaintiff shall either dismiss with prejudice his fraud claim against Defendant MacLean or file a statement with the Court indicating that Plaintiff intends to pursue his fraud claim against Defendant MacLean.

Discovery is stayed until the Court orders otherwise.

**IT IS SO ORDERED.**

Dated: February 18, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No.: 14-cv-02715-LHK
CASE MANAGEMENT ORDER